IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

In re:
TEXAS BOOT, INC.                    Case No. 3:05-bk-04873-MFH
    Debtor.                         Chapter 11

### ORDER RE MOTION SEEKING UNCLAIMED FUNDS

In this case the instant matter before the court arises out of a motion filed by movant-claimant, **Eric S. Sherrill** ("Movant"), who asserts entitlement to certain monies previously paid to the court registry fund in accordance with the statutory procedures established in 11 U.S.C. § 347. See also 28 U.S.C. §§ 2041 and 2042 and the September 9, 1996 Memorandum of the Administrative Office of the United States Courts regarding "Unclaimed Monies in Bankruptcy Cases."

After notice and opportunity for a hearing and based on the case record as a whole, the court grants this motion, as it is satisfied that the movant is entitled to receive unclaimed funds in the amount of **$1,101.65.**

**IT IS SO ORDERED THAT:**

1. The movant's motion is hereby granted.
2. The Bankruptcy Court Clerk is hereby authorized to make payments to movant, Eric S. Sherrill c/o The Financial Resources Group, Inc. and mail to Holly Schumpert, Attorney At Law, 100 North Main, Ste., 948, Memphis, TN. 38103 in accordance with the foregoing.

###

Approved:

/s/Holly Schumpert_____
Holly Schumpert, Attorney
100 North Main Building, Suite 948
Memphis, Tennessee 38103
e-mail: hollyschumpert@bellsouth.net
(901) 524-1999
BPR#15658

cc:
U.S. Department of Justice, Steve Jordan, Esq., Assistant United States Attorney, 110 9th Avenue South, Suite #A-961, Nashville, Tennessee 37203

U.S. Trustee, 701 Broadway, Customs House, Suite #318, Nashville, Tennessee 37203

Debtor's Chapter 11 Attorney, James R. Kelley, Neal & Harwell, 150 4th Avenue N, Suite 2000, Nashville, Tennessee 37219

Texas Boot, Inc., 311 Plus Park Blvd., Suite 200, Nashville, Tennessee 37217

Eric Steven Sherrill, 130 Four Mile Board Hill, P.O. Box 626, Waynesboro, Tennessee 38485

This Order was signed and entered electronically as indicated at the top of the first page.